# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF THE STATE OF NEW YORK

|  |  |
|---|---|
| SEAN LOUGHRAN, <br><br> Plaintiff, <br><br> - Against - <br><br> STRYKER CORPORATION, STRYKER SALES CORPORATION, AND HOWMEDICA OSTEONICS CORP. D/B/A STRYKER ORTHOPAEDICS, <br><br> Defendants. | Index No.: 1:21-cv-00438-FB-SBJ |

## Updated Joint Status Report

The parties provide the following updated joint status report supplementing their prior July 22, 2021 report:

As previously noted, the parties previously agreed to a September 20, 2021 deadline for Defendants' response to the Complaint and requested same in their July 22, 2021 Joint Status Report to the Court. In response to the report, the Court entered an Order setting September 20, 2021 as the Defendants' response deadline.

Counsel for the parties have now had an opportunity to further confer regarding the matter and have been working together in an attempt to avoid unnecessary motion practice. Counsel for the Defendants have reviewed the medical records provided by the Plaintiff's counsel and have determined their legal position and have indicated same to the Plaintiff's counsel. Plaintiff's counsel needs to discuss same with Plaintiff to determine his course of action.

Accordingly, the parties jointly request a thirty (30) day period to allow for the process outlined above. If the Court permits, the parties have jointly agreed to a deadline of October 20, 2021 for Defendants' response to the Complaint, if necessary.

We thank the Court for considering the above.

| | |
|---|---|
| */s/ Thomas J. Lavin* | */s/ Kim M. Catullo* |
| Thomas J. Lavin | Kim M. Catullo |
| THE LAW OFFICES OF THOMAS | GIBBONS P.C. |
| LAVIN, ATTORNEY AT LAW, P.C. | One Pennsylvania Plaza, 37th Floor |
| 42-40 Bell Boulevard, Ste 605 | New York, NY 10119-3701 |
| Bayside, NY 11361 | Email: kcatullo@gibbonslaw.com |
| Email: tom@tjlavinlaw.com | Office Telephone: (212) 613-2001 |
| Telephone: (718) 423-1130 | |
| | |
| Counsel for Plaintiff Sean Loughran | Counsel for Defendants |

Dated:  September 16, 2021

Dated:  September 16, 2021