UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF THE STATE OF NEW YORK

| | |
|---|---|
| SEAN LOUGHRAN, <br><br>       Plaintiff, <br><br> - Against - <br><br> STRYKER CORPORATION, STRYKER SALES CORPORATION, AND HOWMEDICA OSTEONICS CORP. D/B/A STRYKER ORTHOPAEDICS, <br><br>       Defendants. | Index No.: 1:21-cv-00438-FB-SBJ <br><br><br> NOTICE OF DISMISSAL |

   **PLEASE TAKE NOTICE**, that pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Sean Loughran hereby voluntarily dismisses the above captioned Complaint in its entirety with prejudice. To date, no defendant has answered or filed a motion for summary judgment in the above-captioned action.

       */s/ Thomas J. Lavin*
       Thomas J. Lavin
       THE LAW OFFICES OF THOMAS LAVIN, ATTORNEY AT LAW, P.C.
       42-40 Bell Boulevard, Ste 605
       Bayside, NY 11361
       Email: tom@tjlavinlaw.com
       Telephone: (718) 423-1130

       Counsel for Plaintiff Sean Loughran

Dated:  October 15, 2021

2922374.1 100909-105569